First Department, May Term, 1883.

In the Matter of Stephen B. French. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.; Davis, P. J., dissenting.

Catharine Lachenmeyer, *Appellant*, v. August Lachenmeyer, *Respondent.* — Order reversed; order entered as directed in opinion by Daniels, J., and by Brady, J., dissenting.

Solomon Loeb, *Respondent*, v. Benjamin A. Willis, *Appellant, Impleaded, ·etc.* — Judgment affirmed, with costs. Opinion by Brady, J.

Emeline F. Tooker, *Respondent*, v. Joseph S. Winston, *Appellant.* — Judgment modified as directed in opinion. Opinion by Davis, P. J., and by Brady, J., dissenting.

Francis Bruecher, *Appellant*, v. The Village of Port Chester, *Respondent.* — Judgment reversed, with costs. Opinion by Brady, J., and by Davis, P. J., dissenting.

Fabiano R. Francke and Jonas R. Francke, *Appellants*, v. Kate L. Youmans and Edward L. Youmans, *Respondents.* — Judgment affirmed, with costs. Opinion by Brady, J.

Arnold J. D. Wedemeyer, *Respondent*, v. William F. Redlich, *Appellant.* — Judgment reversed, new trial granted, costs to appellant to abide event. Opinion by Davis, P. J.

Rachel Acker and others, *Appellants*, v. James English, *Respondent.* — Judgment affirmed, with costs. Opinion by Daniels, J.

Peter Van Zandt Lane, *Appellant*, v. Jedediah R. Haywood, *Respondent.* — Judgment affirmed. Opinion *Per Curiam.*

Virginia B. Matthews, *Appellant*, v. Kenneth M. Murchison, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinions by Brady, J., and Davis, P. J.

Gordon McKenzie and another, *Respondents*, v. Nicholas H. Decker, *Appellant.* — Judgment modified as directed in opinion. Opinion by Brady, J.

John B. Devlin, *Appellant*, v. The Mayor, etc., of the City of New York, *Respondent.* — Order affirmed on plaintiff stipulating as required in opinion, costs to abide event. Opinion by Davis, P. J.

Ann Slevin, *Respondent*, v. Margaret McCormack, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.·

John L. Hobson and another, *Executors, etc., Plaintiffs*, v. Ruth C. Hare and others, *Respondents, Impleaded with* James Frank Hale and others, *Appellants.* — Judgment affirmed, with costs to all parties out of the fund. Opinion by Davis, P. J.

Henry A. Peck, *Appellant*, v. Charles A. Fredericks, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.